Anthony Eaglin, Esquire, Anthony Eaglin, Attorney at Law, Los Angeles, CA, for Defendant–Appellant.

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

### MEMORANDUM **

William Slattery appeals from the 24–month sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Slattery contends that the district court procedurally erred by failing to explain adequately its reasons for the revocation sentence. The record belies his contention.

Slattery next contends that his sentence is substantively unreasonable. In light of Slattery's breach of trust and failure to be deterred, and the need to protect the public, the sentence is substantively reasonable. *See* 18 U.S.C. § 3583(e); *United States v. Simtob*, 485 F.3d 1058, 1063 (9th Cir.2007) (where defendant violates supervised release by committing same offense for which he was placed on supervised release, breach of trust is more significant and "greater sanctions may be required to deter future criminal activity").

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Miguel TZUNUX–RUIZ, a.k.a. Miguel Tomas–Santos, Defendant–Appellant.**

**No. 11–10361.**

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2012.*

Filed July 20, 2012.

Christina Marie Cabanillas, Assistant U.S., Ryan P. Dejoe, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Darla Jean Mondou, Esquire, Mondou Law Office, Marana, AZ, for Defendant–Appellant.

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

### MEMORANDUM **

Miguel Tzunux–Ruiz appeals from his jury-trial conviction and 70–month sentence for reentry after deportation, in vio-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

lation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Tzunux–Ruiz's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

**AFFIRMED.**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.